# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRATED VOTING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARIE CRAMER, <br><br> Defendant. | Case No. 1:19-cv-00579-DAD-SAB <br><br> ORDER REQUIRING DEFENDANT TO FILE AN ANSWER TO THE COMPLAINT <br><br> TEN DAY DEADLINE |

On May 5, 2019, Defendant Marie Cramer removed this action from the Fresno County Superior Court. (ECF No. 1.) Upon review of the removal documents, no answer has been filed in this Court. Accordingly, IT IS HEREBY ORDERED that Defendant shall file a pleading responsive to the complaint within **ten (10) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**May 22, 2019**__

UNITED STATES MAGISTRATE JUDGE